UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY GENE HEGGEM, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER JEFF SWAN, *et al.*, <br><br> Defendants. | Case No. C17-0675-RSL-MAT <br><br> REPORT AND RECOMMENDATION |

Plaintiff Larry Heggem is a State prisoner who is currently confined at the Washington State Penitentiary in Walla Walla, Washington. On April 29, 2017, plaintiff submitted to the Court for filing a civil rights complaint under 42 U.S.C. § 1983. (*See* Dkt. 1.) Plaintiff alleges in his complaint that in November 2004, while he was confined at the Washington State Reformatory in Monroe, he was assaulted in an elevator by Corrections Officer Jeff Swan as Officer Swan and his partner were transporting plaintiff to a medical appointment at a local hospital. (*Id*. at 1-2.) Plaintiff further alleges that Officer Swan's partner was present at the time of the assault but did nothing to assist plaintiff, and that the two officers thereafter tried to cover-up the assault. (*Id*. at 2-3.)

REPORT AND RECOMMENDATION - 1

Plaintiff failed to submit with his complaint either the $400 filing fee or an application for leave to proceed with this action *in forma pauperis*.[1]  Accordingly, the Clerk sent plaintiff a letter advising him that his submission was deficient and that he would have to submit either the entire filing fee or an application for *in forma pauperis* status by May 31, 2017, or risk dismissal of this action. (Dkt. 2.)  To date, plaintiff has submitted neither the filing fee nor an application to proceed *in forma pauperis*.

As plaintiff has had ample time to meet the filing fee requirement, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute.  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect the right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 7, 2017**.

DATED this 15th day of June, 2017.

Mary Alice Theiler
United States Magistrate Judge

---

[1] The Court notes that plaintiff did submit a copy of his prison trust account statement with his complaint, but nothing else.

REPORT AND RECOMMENDATION - 2