UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY GENE HEGGEM,<br><br>                Plaintiff,<br><br>     v.<br><br>OFFICER JEFF SWAN, *et al.*,<br><br>                Defendants. | Case No. C17-0675-RSL<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

Dated this 31st day of August, 2017.

*/s/ Robert S. Lasnik*

ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING ACTION - 1